JOHN C. DUVALL, an Infant, by CLAUDE A. DUVALL, His Guardian ad Litem, Respondent, *v.* MASSA-CHUSETTS BONDING AND INSURANCE COMPANY, Appellant.

*Duvall* v. *Massachusetts Bonding & Insurance Co.*, 178 App. Div. 909, affirmed.

(Argued May 6, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 9, 1917, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of accident insurance. The answer admitted the issuance and delivery of the policy by the United States Health and Accident Company, and the assumption of the obligations of that company by the defendant, subject to the terms, conditions, covenants, and agreements contained in the policy, but denied any further liability whatsoever under said policy, and alleged that the plaintiff had failed to comply with the terms and conditions of the policy, and thereby forfeited all rights to indemnity under the policy, and further that he had ceased to be wholly and continuously disabled and prevented from performing any and every duty pertaining to any business or occupation, and that the limit of the further liability, if any, of the defendant under said policy, was the balance for partial loss of time on the basis of one-half the indemnity for total disability for a period of six months immediately following total loss of time.

*Charles E. Spencer* for appellant.
*Clarence Z. Spriggs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and MCLAUGHLIN, J.